US007956581B2

(12) United States Patent
LiTingTun

(10) Patent No.: US 7,956,581 B2
(45) Date of Patent: Jun. 7, 2011

(54) **RECHARGEABLE BATTERY PACK**

(75) Inventor: **Siong LiTingTun**, Kitchener (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo, Ontario (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 427 days.

(21) Appl. No.: **11/972,214**

(22) Filed: **Jan. 10, 2008**

(65) Prior Publication Data
US 2009/0179618 A1   Jul. 16, 2009

(51) Int. Cl.
H02J 7/00 (2006.01)
H02J 7/04 (2006.01)

(52) U.S. Cl. ........ **320/134**; 320/136; 320/135; 320/150; 320/149

(58) Field of Classification Search .................. 320/134, 320/136, 135, 137, 150, 151, 152, 153, 154, 320/156, 157, 127, 128, 148
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,625,273 A | 4/1997 | Fehling et al. | |
| 5,731,686 A | 3/1998 | Malhi | |
| 5,963,019 A | 10/1999 | Cheon | |
| 6,388,426 B1 | 5/2002 | Yokoo et al. | |
| 6,577,105 B1 | 6/2003 | Iwaizono | |
| 6,819,083 B1 * | 11/2004 | Patino et al. | 320/134 |
| 7,026,790 B2 | 4/2006 | Kim et al. | |
| 2001/0021092 A1 * | 9/2001 | Astala | 361/90 |
| 2002/0005709 A1 | 1/2002 | Nagai et al. | |
| 2002/0079866 A1 * | 6/2002 | Odaohhara | 320/150 |
| 2003/0107347 A1 | 6/2003 | Yoshizawa et al. | |
| 2003/0132732 A1 * | 7/2003 | Thomas et al. | 320/134 |
| 2004/0189259 A1 * | 9/2004 | Miura et al. | 320/134 |
| 2004/0212350 A1 * | 10/2004 | Patino et al. | 320/134 |
| 2005/0077878 A1 * | 4/2005 | Carrier et al. | 320/134 |
| 2005/0134232 A1 * | 6/2005 | Yamamoto | 320/150 |
| 2005/0156574 A1 * | 7/2005 | Sato et al. | 320/134 |
| 2006/0001404 A1 | 1/2006 | Ziegler et al. | |
| 2006/0055374 A1 * | 3/2006 | Fujihara et al. | 320/132 |
| 2006/0119322 A1 * | 6/2006 | Maleki et al. | 320/150 |
| 2006/0164041 A1 * | 7/2006 | Ooshita et al. | 320/150 |
| 2006/0164042 A1 | 7/2006 | Sim | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 551 088 A | 7/2005 |
| EP | 1 758 226 A1 | 2/2007 |
| EP | 1 868 274 A | 12/2007 |

* cited by examiner

*Primary Examiner* — Edward Tso
*Assistant Examiner* — Alexis Boateng
(74) *Attorney, Agent, or Firm* — Louis D. Allard; Borden Ladner Gervais LLP

(57) **ABSTRACT**

A battery pack comprising a power cell for providing power to a load or for receiving a charge from a charger, a first protection circuit for protecting from overvoltage and/or overcurrent conditions, and a second protection circuit for protecting from overtemperature conditions. The protection circuits independently control one or more electronic switching devices, through which passes substantially all of the current supplied by the power cell. When overvoltage and/or overcurrent conditions exist, the first protection circuit causes at least one of the switching devices to move to a non-conducting condition. Similarly, when an overtemperature condition exists, the second protection circuit causes at least one of the switching devices to move to a non-conducting condition.

**25 Claims, 4 Drawing Sheets**





FIG.1
PRIOR ART



FIG.2
PRIOR ART



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7

1

# RECHARGEABLE BATTERY PACK

## BACKGROUND

### 1. Technical Field

The embodiments described herein relate generally to rechargeable battery packs, and in particular to a method of reducing the equivalent series resistance (ESR) of a rechargeable battery pack, such as a Li-Ion battery pack, without sacrificing safety.

### 2. Description of the Related Art

Rechargeable battery packs, such as Li-Ion battery packs, are commonly used in many consumer electronics such as cell phones and personal digital assistants (PDAs). FIG. **1** is a schematic diagram of a prior art rechargeable battery pack **5**, such as a Li-Ion battery pack, that may be used to provide power to a passive load **10**, such as a cell phone or a PDA. In some implementations, the passive load **10** is supplanted by an active element such as a battery charger, which can recharge the rechargeable battery pack **5**. As seen in FIG. **1**, the rechargeable battery pack **5** includes a power cell **15**, such as a Li-Ion cell, a thermal protector **20** and a protection circuit module (PCM) **25** driving the load **10**. The PCM **25** includes an integrated circuit control chip **30** operatively coupled to one or more electronic switching devices **35** and **40**, which in FIG. **1** are modeled as MOSFETs. As is known in the art, the PCM **25** is essentially a switch that detects abnormal currents and/or voltages and disconnects the cell **15** from the load **10**, or, alternatively, a charger if the rechargeable battery pack **5** is being charged. The thermal protector **20** provides protection for the rechargeable battery pack **5** from overtemperature conditions. Overtemperature conditions can have any of several causes or combinations of causes. Overtemperature conditions can damage or impair electronic components such as those in the load **10**. In the event of an overtemperature condition, it may be desirable to substantially reduce current, and thereby substantially reduce delivered power, to the load **10**, thereby reducing the risk of damage or impairment. The thermal protector **20** may be, for example, a thermal fuse, a thermal breaker or a positive temperature coefficient (PTC) thermistor. Thermal protector **20** may also be either non-resettable or resettable. Non-resettable thermal protectors have lower equivalent series resistance (ESR), but once tripped, a rechargeable battery pack employing the non-resettable thermal protector is essentially no longer of any use. Resettable thermal protectors have higher ESRs, but can be tripped and reset many times.

As is known in the art, ESR is one of the main parameters determining the usable energy stored in the cell **15**, and thus the usable energy stored in the rechargeable battery pack **5**. Lower ESR, in general, means longer operation such as longer talk times for a cell phone. In the rechargeable battery pack **5**, the ESR thereof includes the internal resistance of the cell **15**, the resistance of the thermal protector **20**, the resistance of the electronic switching devices **35** and **40**, and the resistance of any connectors and other conductors in the circuit path to the load **10**. In other words, because the thermal protector **20** is in the circuit path coupling the cell **15** to the load **10**, the thermal protector **20** adds to the ESR of the rechargeable battery pack **5**, and the resistance of the thermal protector **20** is not negligible. The circuit control chip **30** is not in the circuit path that includes the cell **15**, the thermal protector **20** and the load **10**, and does not significantly contribute to the ESR.

FIG. **2** is a schematic diagram of an equivalent conceptual circuit of the rechargeable battery pack **5** that shows each of the resistance components which add to the ESR of the

2

rechargeable battery pack **5**. In particular, the equivalent circuit includes a resistor **50** that represents the resistance of the cell **15**, a resistor **55** that represents the resistance of the thermal protector **20**, resistors **56** and **57** that represent the resistance of the electronic switching devices **35** and **40**, and a resistor **58** that represents the resistance of the connectors and other conductors in the circuit path to the load **10** (which is represented by the resistor **59**).

Since, as described above, ESR is one of the main parameters determining the usable energy in a rechargeable battery pack, it would be advantageous to be able to reduce the ESR of a rechargeable battery pack in a manner that does not adversely affect the safety of the rechargeable battery pack.

## BRIEF DESCRIPTION OF THE DRAWINGS

A full understanding of the invention can be gained from the following Detailed Description when read in conjunction with the accompanying drawings, in which:

FIG. **1** is a schematic diagram of a prior art rechargeable battery pack, such as a Li-Ion battery pack, that may be used to provide power to a load, such as a cell phone or a PDA;

FIG. **2** is a schematic diagram of an equivalent conceptual circuit of the rechargeable battery pack shown in FIG. **1**;

FIG. **3** is a schematic diagram of a rechargeable battery pack;

FIG. **4** is a schematic diagram of an alternate embodiment of a rechargeable battery pack;

FIG. **5** is a schematic diagram of a rechargeable battery pack showing a switching configuration in more detail.

FIG. **6** is a schematic diagram of a rechargeable battery pack showing in further detail one embodiment of the rechargeable battery pack;

FIG. **7** is a schematic illustration of an equivalent conceptual circuit for the rechargeable battery pack shown in FIG. **6**.

## DETAILED DESCRIPTION

FIG. **3** is a schematic diagram of a rechargeable battery pack **60** according to one aspect of the disclosed embodiments. The rechargeable battery pack **60** provides power to a load **68** (between the upper and lower power supply rails, denoted as +Ve and −Ve) and includes a power cell **64**, such as one or more Li-Ion cells. (Use of the term "battery" pack is not intended to indicate that more than one power cell **64** is necessarily employed, although in various embodiments, more than one power cell may be employed.) The rechargeable battery pack **60** further includes circuitry **61** that monitors for overvoltage and/or overcurrent conditions, and thermal protection circuitry **62** that monitors for overtemperature conditions. The rechargeable battery pack **60** also includes an electronic switch **66**. The electronic switch is coupled to the power cell **64** such that substantially all of the current passing through the power cell **64** also passes through the electronic switch **66**. An arrow **69** shows the direction of positive current flow in a loop that includes the power cell **64**, the load **68** and the electronic switch **66**. When the load **68** is supplanted by a charger, the direction of positive current flow **69** in the loop is reversed.

Currents flow through circuit loops that include the overvoltage/overcurrent circuitry **61** and the thermal protection circuitry **62**. These currents, however, are negligible in comparison to the current in the loop that includes the power cell **64**, the load **68** and the electronic switch **66**. Under normal operation, the electronic switch **66** is "ON," that is, in a conducting condition in which it can conduct current.

3

The overvoltage/overcurrent circuitry **61** and the thermal protection circuitry **62** are operatively coupled to the electronic switch **66** such that the overvoltage/overcurrent circuitry **61** and the thermal protection circuitry **62** can each independently cause the electronic switch **66** to assume an "OFF" or non-conducting condition, in which the electronic switch **66** will not conduct current. When the electronic switch **66** is OFF, the loop that includes the power cell **64**, the load **68** and the electronic switch **66** is effectively made open, thereby preventing the power cell **64** from supplying current to the load **68**.

FIG. **4** is a schematic diagram similar to FIG. **3**. In FIG. **4**, the overvoltage/overcurrent circuitry **61** and the thermal protection circuitry **62** each controls an electronic switch. The overvoltage/overcurrent circuitry **61** controls electronic switch **66**A and the thermal protection circuitry **62** controls electronic switch **66**B. The electronic switches **66**A and **66**B can independently be controlled to become OFF and assume a non-conducting condition. When either electronic switch **66**A or **66**B is in a non-conducting condition, the power cell **64** is prevented from supplying current to the load **68**.

FIG. **5** is a schematic diagram of a rechargeable battery pack **70** according to another aspect of the disclosed embodiments. The rechargeable battery pack **70** provides power to a load **78** between the upper and lower power supply rails +Ve and −Ve, and includes a power cell **74**, such as one or more Li-Ion cells. The rechargeable battery pack **70** further includes circuitry **75** that monitors for overvoltage and/or overcurrent conditions, and thermal protection circuitry **72** that monitors for overtemperature conditions. In operation, when the temperature within the rechargeable battery pack **70** exceeds some predetermined threshold level, one or more circuit elements in the thermal protection circuitry **72** will be caused to trip, thereby triggering a change in operation of the thermal protection circuitry **72**.

In the embodiment depicted in FIG. **5**, the overvoltage/overcurrent circuitry **75** is similar to PCM **25** in FIG. **1**, and includes an integrated circuit control chip **73** operatively coupled to one or more electronic switching devices **76**A and **76**B, which in FIG. **5** are modeled as MOSFETs. In the embodiment depicted in FIG. **5**, the integrated circuit control chip **73** is configured to supply a voltage to a controlling terminal of the electronic switching devices **76**A and **76**B, particularly, the gates of electronic switching devices **76**A and **76**B, causing the electronic switching devices **76**A and **76**B to be ON during normal operation. Either the integrated circuit control chip **73** or the thermal protection circuitry **72** can independently cause the electronic switching devices **76**A or **76**B, or both, to turn OFF. An arrow **79** shows the direction of positive current flow in a loop that includes the power cell **74**, the load **78** and the electronic switches **76**A and **76**B. When either the electronic switch **76**A is OFF or the electronic switch **76**B is OFF or both are OFF, the loop current **79** effectively goes to zero.

In FIG. **5**, the electronic switch **76**A is directed to charge control and the electronic switch **76**B is directed to discharge control. Separate electronic switches to control discharge (in which the direction of positive current flow is in the direction shown by arrow **79**) and charge (in which the direction of positive current flow is in the direction opposite that shown by arrow **79**) are advantageous in that some transistors are more effective in cutting off current flow in particular directions. As a result, two electronic switches are better able to cut off current flow regardless of the direction of current flow **79**. This disclosure does not require, however, that separate electronic switches be provided for charge and discharge.

4

FIG. **6** is a schematic diagram of a rechargeable battery pack **80**, such as a Li-Ion battery pack, according to one aspect of the disclosed embodiments, which has a reduced ESR without sacrificing safety. The rechargeable battery pack **80** provides power to a load **85** between the power supply rails +Ve and −Ve and includes a power cell **90**, such as one or more Li-Ion cells, and a PCM **95**. The PCM **95** includes an integrated circuit control chip **100** operatively coupled to electronic switching devices **105** and **110**, which are modeled in FIG. **6** as MOSFETs but which may comprise any electronic switching component or circuitry under the control of the integrated circuit control chip **100**. The power cell **90** is coupled to the electronic switching devices **105** and **110** such that substantially all current passing through the power cell **90** also passes through the electronic switching devices **105** and **110**. When the electronic switching devices **105** and **110** are ON, the electronic switching devices **105** and **110** are in a conducting condition, and current passes through the power cell **90**. When the electronic switching devices **105** and **110** are OFF, the electronic switching devices **105** and **110** are in a non-conducting condition, and effectively no current passes through the power cell **90**, thereby cutting off the power cell **90** as a power source for load **85**.

As shown in FIG. **6**, the power cell **90** may continue to deliver current to other electronic components, such as the PCM **95**, when the electronic switching devices **105** and **110** are OFF. These other currents, however, are negligible in comparison to currents passing through the load **85** under normal operating conditions. In a typical implementation, over ninety-nine percent of the current passing through the power cell **90** would pass through the load **85**, and less than one percent would pass through other components of rechargeable battery pack **80**. In other words, substantially all of the current passing through the power cell **90** passes through the load **85**, and substantially all of the current passing through the power cell **90** also passes through the electronic switching devices **105** and **110**.

Whether the electronic switching devices **105** and **110** are ON or OFF is under the control of integrated circuit control chip **100**, which is responsive to overvoltage and over current conditions. As discussed below, however, whether the electronic switching devices **105** and **110** are OFF can also be controlled by thermal protection circuitry that is responsive to overtemperature conditions. Concerns about overvoltages, overcurrents and overtemperature conditions are similar whether cell **90** is supplying power during ordinary operation or consuming power during recharging (although overvoltage is generally not a problem when the power cell **90** is coupled to a passive load **85**, but overvoltage can be a concern during recharging). For simplicity, the focus below will assume that the cell **90** is supplying power to the passive load **85**.

The rechargeable battery pack **80** further includes a thermal protector **115** for providing overtemperature protection for the rechargeable battery pack **80**. However, unlike the thermal protector **20** in the rechargeable battery pack **5** shown in FIG. **1**, the thermal protector **115** is not provided in the circuit path that includes the cell **90** and the switching devices **105** and **110** for providing power to the load **85**. Rather, the thermal protector **115** is removed from that circuit path and instead is, as shown in FIG. **6**, provided in a separate circuit path. The thermal protector **115** may be, for example, a thermal fuse, a thermal breaker or a positive temperature coefficient (PTC) thermistor. Because the thermal protector **115** is not provided in the circuit path to the load **85**, it does not add to the ESR of the rechargeable battery pack **80**, thereby reducing the ESR as compared to the prior art rechargeable battery pack **5** shown in FIG. **1**.

5

Nearly all of the current passing through the thermal protector **115** passes through a resistor **120**. The resistor **120** is provided to bias the electronic switching device **125** ON when the thermal protector **115** trips and the impedance of the thermal protector **115** goes from low to high. The resistor **120** is further sized to have a large impedance in comparison to the load **85**, such that most current passing through the cell **90** will pass through the load **85**, and the current flowing through the thermal protector **115** will be comparatively low. In ordinary operation, the impedance of the load **85** would be in the range of a few ohms. The resistor, by comparison, might be sized in the range of tens of thousands of ohms, such as fifty thousand ohms. Current flowing through the load **85** is in the range of several amperes, and current flowing through the resistor **120** is in the range of millionths of an ampere. Current flowing through the integrated circuit control chip **100** is also very small in comparison to current flowing through the load **85** under normal operating conditions. As a result, currents flowing through other loops in rechargeable battery pack **80** are negligible in comparison to current flowing through the load **85**. During recharging, currents passing through the cell **90** may not be of the same magnitudes as in the case when the cell **90** is supplying power to a passive load, but currents supplied to the overvoltage/overcurrent circuitry and the thermal protection circuitry generally remain negligible, and substantially all of the current supplied by the charger passes through the cell **90** and the electronic switching devices **105** and **110**.

The electronic switching device **125** in FIG. **6** is modeled as an NPN bi-polar junction transistor, but electronic switching device **125** can also be realized as a PNP bi-polar junction transistor, or other transistor or combination of transistors. When the electronic switching device **125** turns ON, it robs the drive to the switching devices **105** and **110**, and they turn OFF, thereby cutting off the load **85** from the cell **90**. When the thermal protector **115** in ON (operating normally), the electronic switching device **125** cannot be biased ON since the thermal protector **115** itself is robbing the bias from the base of the electronic switching device **125**.

As seen in FIG. **6**, the thermal protector **115** is operatively coupled to the electronic switching devices **105** and **110** through the electronic switching device **125** and the diodes **130** and **135**. In operation, when the temperature within the rechargeable battery pack **80** exceeds some predetermined threshold level, the thermal protector **115** will be caused to trip. When this happens, the electronic switching devices **105** and **110** are caused to turn OFF (assume a non-conducting condition), effectively interrupting the current path from the power cell **90** through the load **85**. In particular, under normal operation, the electronic switching devices **105** and **110** are controlled by the outputs of the integrated circuit control chip **100** to be ON, the electronic switching device **125** is OFF, and effectively no current flows into the collector node (where the junction of the cathodes of the two diodes **130** and **135** connect) because the collector-to-emitter connection behaves like an open circuit. This means that the two diodes **130** and **135** are essentially out of the picture, because the diodes **130** and **135** are not conducting and behave like open circuits. The electronic switching device **125** is OFF because the thermal protector **115** in ON (typically at a relatively low impedance). As described above, thermal protector **115** robs the base drive current flowing through the resistor **120**, effectively bypassing the base of electronic switching device **125**. When the thermal protector **115** trips due to a high temperature, the impedance of the thermal protector **115** changes from a low impedance to a high impedance. Current now flows through the resistor **120** to the base of electronic switching device **125**.

6

As a result, the electronic switching device **125** turns ON, driving the collector voltage down, close to the emitter voltage. The result is that the voltage at the collector node, to which the cathodes of the diodes **130** and **135** are connected, is also driven low. As a result, the diodes **130** and **135** turn ON and conduct current. This then robs the drive of the integrated circuit control chip **100** to the electronic switching devices **105** and **110**, thereby turning them both OFF. Thus, the implementation described herein effectively causes the control electronic switching devices **105** and **110** of the PCM **95** to act as temperature-dependent switches (on top of their other duties in the PCM **95** as required by the integrated circuit control chip **100**). In this sense, the temperature cutoff protection provided by the thermal protector **115** is independent, meaning that it is not under the control of any controller or processor, and in particular not under the control of the integrated circuit control chip **100**.

In a variation of the embodiment depicted in FIG. **6**, a thermal protector **115** can be utilized that has a very high impedance during normal temperature conditions, and a low impedance during overtemperature conditions. With such a thermal protector **115**, the electronic switching device **125** can be eliminated and the thermal protector **115** can be directly coupled between the lower power rail and the cathodes of the diodes **130** and **135**. In normal operating conditions, the impedance of the thermal protector **115** is high, and virtually no current is able to flow through the thermal protector **115**. As a result, the diodes **130** and **135** are OFF. In overtemperature conditions, however, the impedance of the thermal protector **115** is low, effectively pulling down the cathode voltage of the diodes **130** and **135**, turning them ON and turning OFF the electronic switching devices **105** and **110**. In this variation, the thermal protector **115** can serve both as a temperature-sensitive element and as a switching element to turn ON diodes **130** and **135**.

FIG. **7** is a schematic illustration of an equivalent conceptual circuit **140** for the rechargeable battery pack **80**. The equivalent circuit **140** includes a resistor **145** that represents the resistance of the cell **90**, resistors **150** and **155** that represent the resistance of the electronic switching devices **105** and **110**, and a resistor **160** that represents the resistance of connectors and other conductors in the series path to the load **85** (which is represented by the resistor **165**). As can be seen in FIG. **7**, the circuit path that includes the cell **90** and the electronic switching devices **105** and **110**, which provide power to the load **85**, does not include any resistance that is attributable to the thermal protector **115**, because any resistance that is attributable to the thermal protector **115** is negligible. As described above, nearly all current passing through the **90** cell passes through the load **85**, while a much smaller and comparatively insignificant amount of current flows through the thermal protector **115** and other circuit elements.

The circuit described above may realize one or more advantages. Because the thermal protector **115** is not provided in the circuit path that includes the cell **90** and the load **85** and because the circuit path that includes the resistor **120** and the thermal protector **115** has a comparably higher impedance, very low currents will flow through the thermal protector **115**. This disclosure is not limited to any particular amount of current flowing through thermal protector **115**, but in general, the amount of current flowing through thermal protector **115** is negligible, such that thermal protector **115** has a negligible effect upon the ESR. Because very low currents will flow through the thermal protector **115**, a smaller, typically less expensive component can be utilized as the thermal protector **115**.

7

In addition, in the case where the thermal protector **115** is a positive temperature coefficient (PTC) thermistor, the effect of residual high post-trip resistance (that is often the case with PTC thermistor) will not add to the ESR of the rechargeable battery pack **80**. More specifically, as is known, once tripped, the resistance of a PTC thermistor never quite relaxes back to its original level, but rather settles at a higher level (this is the high post-trip resistance cited above). Thus, when a PTC thermistor is used in the circuit path that includes a cell in a rechargeable battery, as is the case in the rechargeable battery pack **5** of FIG. **1**, the fact that post-trip resistance is increased adds to the ESR of the battery pack **5** in FIG. **1**. An increased post-trip resistance in the configuration of FIG. **6**, however, would not necessarily result in a corresponding increase in ESR.

Thus, the rechargeable battery pack **80** provides a reduced ESR, and therefore increased battery time. Increased battery time results in increased device usage time between chargings. Further, the configuration depicted in FIG. **6** protects against overvoltage, overcurrent and overtemperture conditions, thereby effectively preserving the safety of the rechargeable battery pack **80**.

While various embodiments have been described and illustrated above, it should be understood that these are exemplary and are not to be considered as limiting. Additions, deletions, substitutions, and other modifications can be made without departing from the spirit or scope hereof. The described devices and techniques are not limited to the particular circuit elements shown. In particular and without limitation, various transistors and switching elements in FIG. **6** need not employ the particular circuit elements shown, but may include different transistors or switching elements. In addition, the particular circuit elements may be, but need not be, arranged as depicted in the Figures. For example, if integrated circuit control chip **100** includes a housing, components of the thermal protection circuitry, such as the thermal protector **115** or the electronic switching device **125**, may be employed inside the housing and need not be physically separate from the integrated circuit control chip **100**.

Further, various embodiments may include elements not depicted in any of the figures. For example, circuit elements depicted as directly coupled may be coupled via one or more intermediate elements, such as a resistor or diode. In particular and without limitation, the electronic switching devices **105** and **110** in FIG. **6** could be coupled via resistors to the integrated circuit control chip **100**. Accordingly, these and other embodiments are within the scope of the following claims.

What is claimed is:

1. A rechargeable battery pack, comprising:
   a power cell;
   a protection circuit module, said protection circuit module including a control circuit operatively coupled to an electronic switching device, said power cell and said electronic switching device being in an electrical connection in which substantially all of the current passing through said power cell passes through said electronic switching device, wherein when one or both of an overvoltage and overcurrent condition exists, said control circuit controls said electronic switching device to cause said electronic switching device to assume a non-conducting condition; and
   a thermal protection circuit operatively coupled to said electronic switching device and said power cell, said thermal protection circuit receiving a negligible current from said power cell, wherein in response to a temperature within said rechargeable battery pack exceeding a

8

threshold value, said thermal protection circuit controls said electronic switching device to assume a non-conducting condition.

2. The rechargeable battery pack according to claim **1**, wherein said electronic switching device is a first electronic switching device, and wherein said thermal protection circuit comprises:
   a diode, an anode of said diode being coupled to a controlling terminal of said electronic switching device; and
   a second electronic switching device being coupled between a cathode of said diode and a lower power rail, wherein said second electronic switching device is configured to assume a conducting condition when a temperature within said rechargeable battery pack exceeds said threshold value.

3. The rechargeable battery pack according to claim **2**, wherein said second electronic switching device comprises a thermal protector element having a low impedance when said temperature within said rechargeable battery pack exceeds said threshold value, and otherwise has a high impedance.

4. The rechargeable battery pack according to claim **2**, wherein said second electronic switching device comprises a bipolar junction transistor.

5. The rechargeable battery pack according to claim **1**, wherein said electronic switching device is a MOSFET.

6. The rechargeable battery pack according to claim **1**, wherein said thermal protection circuit comprises a thermal fuse.

7. The rechargeable battery pack according to claim **1**, wherein said thermal protection circuit comprises a positive temperature coefficient thermistor.

8. The rechargeable battery pack according to claim **1**, wherein said thermal protection circuit comprises a thermal breaker.

9. The rechargeable battery pack according to claim **1**, wherein said power cell is a Li-Ion cell.

10. A method of operating a rechargeable battery pack, comprising:
    employing a power cell to supply current;
    employing an electronic switch to conduct substantially all of the current passing through the power cell when the electronic switch is in a conducting condition, and to prevent substantially all of the current from passing through the power cell when the electronic switch is in a non-conducting condition;
    employing a thermal protection circuit to monitor for an overtemperature condition and to cause the electronic switch to assume the non-conducting condition when the overtemperature condition exists; and
    providing a negligible current from the power cell to the thermal protection circuit.

11. The method according to claim **10**, further comprising employing a first protection circuit to monitor for one or both of an overvoltage condition and an overcurrent condition, and to cause the electronic switch to assume the non-conducting condition when at least one of the overvoltage condition and the overcurrent condition exists.

12. The method according to claim **11**, wherein the first protection circuit is further employed to cause the electronic switch to assume the conducting condition.

13. The method according to claim **10**, wherein an overtemperature condition exists when a temperature within the rechargeable battery pack exceeds a threshold value.

14. The method according to claim **10**, further comprising employing the electronic switch, following causing the electronic switch to assume the non-conducting condition when the overtemperature condition exists, to cause the electronic

switch to assume the conducting condition when the overtemperature condition no longer exists.

15. The method according to claim 10, further comprising, when a passive load is electrically coupled to the battery pack, providing substantially all of the current from the power cell to the load when the electronic switch is in the conducting condition, and preventing the load from receiving substantially all of the current from the power cell when the electronic switch is in the non-conducting condition.

16. A rechargeable battery pack, comprising:
   a power cell;
   a first electronic switching device operatively coupled to the power cell in which current passing through the power cell passes through the first electronic switching device when first electronic switching device is in a conducting condition;
   a second electronic switching device operatively coupled to the power cell in which current passing through the power cell passes through the second electronic switching device when the second electronic switching device is in a conducting condition;
   a first protection circuit module operatively coupled to the first electronic switching device and configured to cause the first electronic switching device to assume a non-conducting condition when one or both of an overvoltage and overcurrent condition exists; and
   a second protection circuit module operatively coupled to the second electronic switching device and configured to cause the second electronic switching device to assume a non-conducting condition when a temperature in the rechargeable battery pack exceeds a threshold value.

17. The rechargeable battery pack according to claim 16, wherein the first electronic switching device and the second electronic switching device are the same electronic switching device.

18. The rechargeable battery pack according to claim 16, wherein said second protection circuit comprises:
   a diode, an anode of said diode being coupled to a controlling terminal of said second electronic switching device; and
   a third electronic switching device being coupled between a cathode of said diode and a lower power rail, wherein said third electronic switching device is configured to assume a conducting condition when a temperature within said rechargeable battery pack exceeds said threshold value.

19. The rechargeable battery pack according to claim 18, wherein said third electronic switching device comprises a thermal protector element having a low impedance when said temperature within said rechargeable battery pack exceeds said threshold value, and otherwise has a high impedance.

20. The rechargeable battery pack according to claim 19, wherein said thermal protector element comprises a thermal fuse.

21. The rechargeable battery pack according to claim 19, wherein said thermal protector element comprises a positive temperature coefficient thermistor.

22. The rechargeable battery pack according to claim 19, wherein said thermal protector element comprises a thermal breaker.

23. The rechargeable battery pack according to claim 19, wherein said third electronic switching device comprises a bipolar junction transistor.

24. The rechargeable battery pack according to claim 16, wherein the first electronic switching device and the second electronic switching device is each a MOSFET.

25. The rechargeable battery pack according to claim 16, wherein said power cell is a Li-Ion cell.

* * * * *