3/7/24, 9:54 AM                ASUS 16" 2-in-1 Touchscreen Chromebook Intel Core i3 8GB Memory 128GB SSD Mineral Grey Gray CX5601FBA-I3128 - Best Buy

Case 2:24-cv-00178-JRG-RSP    Document 1-6    Filed 03/15/24    Page 1 of 6 PageID #: 80

| Yardbird | Best Buy Outlet | Best Buy Business | Shop with an Expert |



Menu    What can we help you find today?    Longview    Cart

Top Deals   Deal of the Day   Yes, Best Buy Sells That                    Account   Recently Viewed   Order Status   Saved Items

Best Buy › Computers & Tablets › Laptops › All Laptops › Chromebooks



## ASUS - 16" 2-in-1 Touchscreen Chromebook - Intel Core i3 - 8GB Memory - 128GB SSD - Mineral Grey - Gray

Model: CX5601FBA-I3128    SKU: 6503862

**4.4** (195 Reviews) | 50 Answered Questions

**$499.00**
Save $100
Was $599.00

or  **$41.59**/mo.*
suggested payments with
12-Month Financing
Show me how >

### Trade-In and Save



Save when you trade-in a similar device.
Check your trade-in value.

**Free 6-month security software & 1 more** A $29.99 value

**Hot offer** 20% off Logitech accessories w/ hardware

**Open-Box:** from $298.99

**Protect your computer**
(9,841)

Accidental Geek Squad Protection  |  What's Included  |  Terms & Conditions

| No Plan | 1-Year $129.99 About $10.83/mo. | 2-Year $189.99 About $7.92/mo. | 3-Year $229.99 About $6.39/mo. |

Most Popular

**You might also need**

Adobe Express for Chromebooks - Chrome [Digital]    $49.99  $99.99

**Availability**

| Pickup — Ready within 1 hour | Shipping — Get it by tomorrow |

**Pickup at** Longview

Act Fast – Only 1 left at your store!

**See it in-store:** Longview has a demo model on display.

### Highlights



**Intel 12th Generation Core i3**
Processor Model

Budget | Low | **Medium** | High

- Mid-grade processor
- Great for most tasks
- Multitasks well

Why is the processor important?



**Intel UHD Graphics 63**
Graphics

**Entry-Level** | Mid-Range | High

- Budget friendly
- Basic gaming
- Ideal for casual gamers

What's the right graphics card

Show Full Specs



3/7/24, 9:54 AM	ASUS - 16" 2-in-1 Touchscreen Chromebook - Intel Core i3 - 8GB Memory - 128GB SSD Mineral Grey/Gray - Mineral Grey/Gray - Best Buy

Case 2:24-cv-00178-JRG-RSP   Document 1-6   Filed 03/15/24   Page 2 of 6 PageID #: 31

| Features | › |
|---|---|

Add to Cart

| Questions & Answers (50) | › |
|---|---|

| From the Manufacturer | › |
|---|---|

## Our experts recommend



| (195) | Not yet reviewed | (3,181) | Package Savings: $150.00 |
| $499.00 | $49.99 | $149.99 | Package Total: $698.98 |
| $599.00 | $99.99 | | |
| Currently viewing | Description ⌄ | Description ⌄ | Add 3 Items to Cart |
| ✓ | ☐ | ☐ | |
| Offer disclaimer | | | Build your own package › |

Have everything you need?
See other items that work well with this one.



Complete Your Solution

## Frequently bought with





| Apple - 10.2-Inch iPad (9th Generation) with Wi-Fi - 64GB | Logitech - M310 Wireless Optical Ambidextrous Mouse - | Microsoft - Surface Pro 7+ - 12.3" Touch-Screen - Intel Core | Microsoft - Office Home & Student 2021 (1 Device) - Mac | Targus - 15–16" Classic Briefcase - Blue |
| (24,538) | (14,026) | (948) | (3,181) | (36) |
| $329.99 | $14.99 | Clearance | $149.99 | $27.99 |
| | $19.99 | $700.99 | | $39.99 |
| 🛒 Add to Cart | 🛒 Add to Cart | 🛒 Add to Cart | 🛒 Add to Cart | 🛒 Add to Cart |

ADVERTISEMENT



## Compare similar products

| | | | |
|---|---|---|---|
|  |  |  |  |
| **This Product**<br>**ASUS - 16" 2-in-1 Touchscreen Chromebook - Intel Core i3 - 8GB Memory - 128GB SSD - Mineral Grey - Gray**<br>ASUS - 16" 2-in-1 Touchscreen Chromebook - Intel Core i3 - 8GB Memory - 128GB SSD - Mineral Grey -...<br>(195)<br>$499.00 | **ASUS - Vivobook 16" Laptop - AMD Ryzen 7 5800HS with 12GB Memory - 512GB SSD - Quiet Blue**<br>(878)<br>$399.99 | **Lenovo - IdeaPad Flex 5i Chromebook Plus Laptop 14" - 2K Touch - Intel i3-1315U with 8GB Memory - Intel UHD Graphics - 128GB SSD - Storm Grey**<br>(181)<br>$329.00 | **ASUS 14" 2-in-1 Chromebook Plus Laptop - AMD Ryzen 3 7320C - 8GB Memory - 128GB SSD - Ponder Blue**<br>(432)<br>$399.00 |

**Screen Size**

| 16 inches | 16 inches | 14 inches | 14 inches |
|---|---|---|---|

**Screen Resolution**

| 1920 x 1200 (WUXGA) | 1920 x 1080 (Full HD) | 1920 x 1200 (WUXGA) | 1920 x 1080 (Full HD) |
|---|---|---|---|

**Touch Screen**

| Yes | No | Yes | Yes |
|---|---|---|---|

Show More Specs ⌄

## More to consider

| | | | | |
|---|---|---|---|---|
| Most Popular<br> |  |  |  |  |
| ASUS - Vivobook 16" Laptop - AMD Ryzen 7 5800HS with<br>(878)<br>$399.99<br>$749.99<br>🛒 Add to Cart | Lenovo - IdeaPad Flex 5i Chromebook Plus Laptop 14" -<br>(181)<br>$329.00<br>$499.00<br>🛒 Add to Cart | ASUS 14" 2-in-1 Chromebook Plus Laptop - AMD Ryzen 3<br>(432)<br>$399.00<br>$499.00<br>🛒 Add to Cart | HP - 2-in-1 14" Wide Ultra XGA Touch-Screen Chromebook<br>(308)<br>$459.00<br>$699.00<br>🛒 Add to Cart | Acer - Chromebook Intel Evo Laptop - 14"<br>(149)<br>$519.99<br>$699.99<br>🛒 Add to Cart |



3/7/24, 9:54 AM
ASUS - 16" 2-in-1 Touchscreen Chromebook - Intel Core i3 - 8GB Memory - 128GB SSD - Mineral Grey/Gray - Mineral Grey/Gray - Best Buy
Case 2:24-cv-00178-JRG-RSP Document 1-6 Filed 03/15/24 Page 4 of 6 PageID #: 38

## Explore tech essentials

Sponsored


Acer - Chromebook 516 GE Cloud Gaming Laptop - 16"...
(269)
**$649.00**
Add to Cart


HP - 15.6" Full HD Chromebook Plus Laptop - Intel Core i3 -...
(307)
**$499.00**
Add to Cart


Lenovo - IdeaPad Duet 3 Chromebook - 11.0"...
(371)
**$279.00**
~~$379.00~~
Add to Cart


Lenovo - Slim 3 Chromebook 14" FHD Touch-Screen Lapto...
(891)
**$319.00**
Add to Cart


ASUS - 17.3" Chromebook Laptop - Intel Celeron...
(235)
**$299.00**
Add to Cart

## Reviews

**4.4**
195 reviews

| | |
|---|---|
| 5 | 126 |
| 4 | 47 |
| 3 | 5 |
| 2 | 6 |
| 1 | 11 |

**4.5** Battery Life
**4.6** Speed
**4.7** Display

**1 expert review**
4.3 | See all

**90%** would recommend to a friend

            

The vast majority of our reviews come from verified purchases. Reviews from customers may include My Best Buy members, employees, and Tech Insider Network members (as tagged). Select reviewers may receive discounted products, promotional considerations or entries into drawings for honest, helpful reviews.

### Great Laptop for School

`Incentivized` `Verified Purchaser` `Owned for 3 weeks` `My Best Buy® Member`

The display is good for the price, color is not it if you're expecting nice color quality. The touchscreen is very smooth and the fold is very nice with 1 motion if you can carry 10 lbs no problem with your shoulders. The speakers are also should not be the main focus either but theres a headphone jack port with an HDMI.



Posted 1 week ago by **MarkR**

### You're going to love it. :)

`Incentivized` `Verified Purchaser` `Owned for 9 months` `My Best Buy® Member`

I absolutely love this machine. It's very solidly built, the screen is large and has excellent image quality, and the keyboard is sturdy and responsive. The only negative I have is that the screen shakes a little when I type, but if you flip it over and use an external keyboard, then there are no issues whatsoever (pic included). I don't use it to run games except ...
Read More



Posted 3 months ago by **PeaceWithin**



3/7/24, 9:54 AM	ASUS - 16" 2-in-1 Touchscreen Chromebook - Intel Core i3 - 8GB Memory - 128GB SSD - Mineral Grey - Gray - 6503862 - Best Buy

Case 2:24-cv-00178-JRG-RSP   Document 1-6   Filed 03/15/24   Page 5 of 6 PageID #: 134

### Amazing computer but ...

`Incentivized`   `Verified Purchaser`   `Owned for less than 1 week`   `My Best Buy® Member`

Overall this computer is absolutely AMAZING. It has a 2 in 1 design, it's touchscreen, it has a numeric keypad, usb ports, and a backlit keyboard. The only thing that I didn't like about this computer is that it is not compatible with The Sims 4 or any EA games. I got this computer for two reasons: 1.) to be able to get my work done and 2.) to play The Sims … Read More

         

Posted 9 months ago by **Brianna**

---

**See All Customer Reviews**

**Write a Review**

## Similar products from outside of Best Buy ⓘ

### Top 5 Best Laptop of 2024 - See our #1 Pick for 2024
Sponsored · https://www.top5-usa.com/best/products ▾

Find and compare the best best *laptop* based on price, features, ratings & reviews. Stop wasting time compiling reviews & use our list to make an informed purchase. Latest 2023 Reviews. Top Brands. Price Compare. Available In Stock. Up To 70% Off. Results In Seconds. #1 Best Sellers 2023.

 rating for top5-usa.com



| See Our Top Picks | Get Up To 70% Off |
|---|---|
| Don't buy before reading reviews. We do the testing for you. | Get personalized recommendations. Hurry, expires soon! |
| **Compare Prices & Save Big** | **We Do The Testing For You** |
| Choose easily by brand & price. The best rated products. | Our #1 pick will surprise you. Compare kitchen products. |

### Military Grade Laptops - Mil-Spec Laptops
Sponsored · https://www.acmeportable.com/landings/rugged-*laptops* ▾

Military *Laptop* Built to Spec for Applications Requiring High-Performance and Reliability. Deployable Mil-Spec *Laptops* for Mission Critical Applications and Extreme Conditions. Sign up for Newsletter. Contact Us Now. Speak with a expert Sales. Types: Portable Computer, Rackmount Display.

Our Products · Get a Quote · Contact Us · Military Workstations · Medical Solutions · Rugged Displays

### Consumer Reports Official Site - Recommended Laptops
Sponsored · https://www.consumerreports.org/product-reviews/*laptops* ▾

Buy Right Every Time & Find The *Laptop* For You. Join For Digital Access. Choosing Between Two *Laptops*? CR Can Help You Decide Which One Is Best For You. Smart Maintenance Ideas. Buying Advice. Product Rankings. Spec Comparisons. Streaming Services Guides. Privacy Tips & Advice. Tech And Gadget Reviews. Digital Security Tips. Product Comparisons. Media Advice.

| Recommended Laptops | Best Laptop Brands |
|---|---|
| Laptop Ratings | Laptop Reviews |
| Home Office | Smartphones & Wearables |

### 2024 Senior Laptop Bargains - Unsold Laptops Up To 80% Off
Sponsored · https://search.vyager.com/*laptop*/deals ▾

See The Biggest *Laptop* Discounts Available Now. The Best Deals On This Year's Best *Laptops*. New Business *Laptops*. Senior *Laptop* Deals. Types: *Laptops* On Clearance, New Business *Laptops*, Senior *Laptop* Deals.

ADVERTISEMENT



Case 2:24-cv-00178-JRG-RSP   Document 1-6   Filed 03/15/24   Page 6 of 6 PageID #: 35

Deals on related items



## Visit our Support Center | Check your Order Status | Shipping, Delivery & Store Pickup | Returns & Exchanges | Price Match Guarantee

**Order & Purchases**
- Check Order Status
- Shipping, Delivery & Pickup
- Returns & Exchanges
- Price Match Guarantee
- Product Recalls
- Trade-In Program
- Gift Cards

**Payment Options**
- My Best Buy® Credit Card
- Pay Your Bill at Citibank
- Lease to Own

**Support & Services**
- Visit our Support Center
- Shop with an Expert
- Schedule a Service
- Manage an Appointment
- Protection & Support Plans
- Haul Away & Recycling
- Contact Us

**Rewards & Membership**
- My Best Buy Memberships
- View Points & Certificates
- Member Offers

**Partnerships**
- Affiliate Program
- Influencer Network
- Advertise with Us
- Developers
- Best Buy Health
- Best Buy Education
- Best Buy Business

**About Best Buy**
- Corporate Information
- Careers
- Corporate Responsibility
- Sustainability

Sign in or Create Account

Get the latest deals and more.

Enter email address

Sign Up

**Best Buy app**
Learn more ›

Mobile Site     Best Buy Canada

Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | State Privacy Rights | Health Data Privacy | Do Not Sell/Share My Personal Information | Limit Use of My Sensitive Personal Information | Targeted Advertising Opt Out | CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

