**Exhibit 7: U.S. Patent No. 8,334,847**

| Claims | Identification |
|---|---|
| 14[pre] A method of providing a user interface comprising: | To the extent the preamble is limiting, Asus-branded devices practice a method of providing a user interface.<br><br>[Image of ASUS Chromebook Flip CX5 (CX5601, 12th Gen Intel) with tabs for Overview, Tech Specs, Review, Support, and a "Where to buy" button. Spec table shows: Operating System: Chrome; Processor: Intel® Core™ i5-1235U Processor 1.3 GHz (12M Cache, up to 4.4 GHz, 10 cores); Display: Touch screen, 16.0-inch, WUXGA (1920 x 1200) 16:10, Wide view, Glossy display, LED Backlit, 300nits, NTSC: 45%, Screen-to-body ratio:87 %, With stylus support]<br><br>*See, e.g.*, *ASUS Chromebook Flip CX5 (CX5601, 12th Gen Intel) – Overview*, ASUS, https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-flip-cx5-cx5601-12th-gen-intel/ (last visited Mar. 12, 2024); *Asus Chromebook Flip CX5 (CX5601, 12th Gen Intel) – Tech Specs*, Asus, https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-flip-cx5-cx5601-12th-gen-intel/techspec/ (last visited Mar. 12, 2024). |

| Claims | Identification |
|---|---|
|  | <br>*See, e.g., ASUS Zenbook Duo (2024) UX8406 – Overview*, ASUS, https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-duo-2024-ux8406/ (last visited Mar. 12, 2024); *ASUS Zenbook Duo (2024) UX8406 – Tech Specs*, ASUS, https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-duo-2024-ux8406/techspec/ (last visited Mar. 12, 2024). |

| Claims | Identification |
|---|---|
|  | <br>*See, e.g., Zenfone 10*, ASUS, https://shop.asus.com/us/zenfone-10.html (last visited Mar. 12, 2024); *Zenfone 10 – Tech Specs*, ASUS, https://www.asus.com/us/mobile-handhelds/phones/zenfone/zenfone-10/techspec/ (last visited Mar. 12, 2024); *see also, e.g., [Phone/Pad] Troubleshooting for Touchscreen response issues*, ASUS (Oct. 12, 2023, 18:01), https://www.asus.com/support/faq/1037600/. |
| 14[a] detecting a touch or a contact on a display in a container area having | Asus-branded devices detect a touch or a contact on a display in a container area having selectable objects, the selectable objects including a first selectable object provided on a first layer of a multilayer display arrangement and a second selectable object provided on a second layer of the multilayer display arrangement overlapping the first layer. |

| Claims | Identification |
|---|---|
| selectable objects, the selectable objects including a first selectable object provided on a first layer of a multilayer display arrangement and a second selectable object provided on a second layer of the multilayer display arrangement overlapping the first layer; |    |

| Claims | Identification |
|---|---|
| | **Split your screen**<br>From Overview, hold and drag a window to one side.<br>See how to split your screen<br><br>**Selectable Objects on Various Layers (*e.g.*, Apps)**<br><br>*See, e.g.*, *Use gestures or buttons to navigate in tablet mode*, Chromebook Help, https://support.google.com/chromebook/answer/9739838 (last visited Mar. 12, 2024).<br><br>**Use the Chromebook touchscreen**<br>If your Chromebook has a touchscreen, here are some actions you can take on it:<br>• **Click**: Tap where you want to click.<br>• **Right-click**: Touch and hold where you want to right-click.<br>• **Scroll**: Drag your finger up, down, right, or left.<br>• **Go to a previous page on your browser**: To go back, swipe your finger from left to right. To go forward, swipe from right to left.<br>• **Zoom in or out**: Touch and hold an area with 2 fingers.<br>  • To zoom in, spread them apart.<br>  • To zoom out, pinch them together.<br>• **Show your row of apps (shelf)**: Swipe up from the bottom of the screen.<br>• **Hide your row of apps (shelf)**: Long press on the row of apps on the bottom of the screen.<br>• **View two apps side by side**: If you see all your open windows on the screen, drag an app to the left or right to use it next to another app.<br><br>**Selectable Objects on Various Layers of the Display**<br><br>*See, e.g.*, *Use the Chromebook touchscreen*, Chromebook Help, https://support.google.com/chromebook/answer/2766492 (last visited Mar. 12, 2024). |

Page 5 of 14

| Claims | Identification |
|---|---|
|  | **[Notebook] Getting to know the touch screen** <br> Last Update : 2023/12/04 16:53 <br><br> [Notebook] Getting to know the touch screen <br> Touch screen gestures allow you to execute your application and access to the settings of your computer. Each function can be activated by using the touch gesture on the touch screen.(The below picture is for reference only, the actual screen of the touch screen panel depends on the models) <br><br> <table><tr><th>Gesture</th><th>Action</th><th>Description</th><th>Gesture</th><th>Action</th><th>Description</th></tr><tr><td></td><td>Tap/Double-tap</td><td>Tap an app to select it. Double-tap an app to launch it.</td><td></td><td>Zoom in</td><td>Spread apart your two fingers on the touch screen panel.</td></tr><tr><td></td><td>Press and hold</td><td>Press and hold to open the right-click menu.</td><td></td><td>Zoom out</td><td>Bring together your two fingers on the touch screen panel.</td></tr></table> <br> **Selectable Objects on Various Layers (*e.g.*, Apps)**       **Selectable Object on a Layer (*e.g.*, Within App)** <br><br> *See, e.g.*, *[Notebook] Getting to know the touch screen*, ASUS (Dec. 4, 2023, 16:53), https://www.asus.com/us/support/faq/1041462/. |

| Claims | Identification |
|---|---|
|  | **Selectable Objects on Various Layers of the Display** → <br><br> **Get around on your Android phone** <br><br> You can get around on your phone in different ways. Learn how to choose an option, then use that option to move between apps and other items. <br><br> **Important:** <br><br> • Some of these steps work only on Android 10 and up. Learn how to check your Android version. <br><br> • Some of these steps require you to touch the screen. <br><br> **Find all open apps** <br> • **Gesture navigation:** Swipe up from the bottom, hold, then let go. <br><br> **Switch between apps** <br> • **Gesture navigation:** At the very bottom of the screen, swipe from left to right. <br><br> *See, e.g.*, *Get around on your Android phone*, Android Help, https://support.google.com/android/answer/9079644 (last visited Mar. 12, 2024). <br><br> **5 YouTube Gestures You Should Be Using on Android and iPhone** <br> YouTube has gestures. You should use them. <br> BY JOE FEDEWA   UPDATED DEC 23, 2021 <br><br> The gestures here are available in the YouTube app for iPhone, iPad, and Android devices. They do not work on the YouTube mobile website. The one exception is the double-tap to skip gesture, which does work on the website. |

Page 7 of 14

| Claims | Identification |
|---|---|
| | **Selectable Object on a Layer (*e.g.*, Within App)** [image of YouTube "Slide Finger to Scrub Through Video" gesture tutorial showing slide left or right to seek on the video seek bar] *See, e.g.*, Joe Fedewa, *5 YouTube Gestures You Should Be Using on Android and iPhone*, How-To Geek (Dec. 23, 2021), https://www.howtogeek.com/749519/5-youtube-gestures-you-should-be-using-on-android-and-iphone/. |
| 14[b] comparing a magnitude of the movement | Asus-branded devices practice a method comprising comparing a magnitude of the movement of the touch or the contact to a threshold value, executing a function associated with the movement when the comparison indicates that |

| Claims | Identification |
|---|---|
| of the touch or the contact to a threshold value;<br><br>14[c] executing a function associated with the movement when the comparison indicates that the magnitude of the movement of the touch or the contact extends beyond the threshold value;<br><br>14[d] detecting whether the touch or the contact is in an active area of one of the selectable objects when the comparison indicates that the magnitude of the movement of the touch or the contact is below the threshold value; and<br><br>14[e] executing a function associated with a selection of the one of the selectable objects when the touch or the contact is detected to be in the active area of the one of the selectable objects. | the magnitude of the movement of the touch or the contact extends beyond the threshold value, detecting whether the touch or the contact is in an active area of one of the selectable objects when the comparison indicates that the magnitude of the movement of the touch or the contact is below the threshold value, and executing a function associated with a selection of the one of the selectable objects when the touch or the contact is detected to be in the active area of the one of the selectable objects.<br><br> |

| Claims | Identification |
|---|---|
|  | *See, e.g.*, *Use gestures or buttons to navigate in tablet mode*, Chromebook Help, https://support.google.com/chromebook/answer/9739838 (last visited Mar. 12, 2024).<br><br>**Use the Chromebook touchscreen**<br>If your Chromebook has a touchscreen, here are some actions you can take on it:<br>• **Click**: Tap where you want to click.<br>• **Right-click**: Touch and hold where you want to right-click.<br>• **Scroll**: Drag your finger up, down, right, or left.<br>• **Go to a previous page on your browser**: To go back, swipe your finger from left to right. To go forward, swipe from right to left.<br>• **Zoom in or out**: Touch and hold an area with 2 fingers.<br>  • To zoom in, spread them apart.<br>  • To zoom out, pinch them together.<br>• **Show your row of apps (shelf)**: Swipe up from the bottom of the screen.<br>• **Hide your row of apps (shelf)**: Long press on the row of apps on the bottom of the screen.<br>• **View two apps side by side**: If you see all your open windows on the screen, drag an app to the left or right to use it next to another app.<br><br>*See, e.g.*, *Use the Chromebook touchscreen*, Chromebook Help, https://support.google.com/chromebook/answer/2766492 (last visited Mar. 12, 2024).<br><br>| Gesture | Action | Description | Gesture | Action | Description |
|---|---|---|---|---|---|
|  | Tap/Double-tap | Tap an app to select it. Double-tap an app to launch it. |  | Zoom in | Spread apart your two fingers on the touch screen panel. |
|  | Press and hold | Press and hold to open the right-click menu. |  | Zoom out | Bring together your two fingers on the touch screen panel. |<br><br>*See, e.g.*, *[Notebook] Getting to know the touch screen*, ASUS (Dec. 4, 2023, 16:53), https://www.asus.com/us/support/faq/1041462/. |

Page 10 of 14

| Claims | Identification |
|---|---|
| | **Get around on your Android phone**<br><br>You can get around on your phone in different ways. Learn how to choose an option, then use that option to move between apps and other items.<br><br>**Important:**<br><br>• Some of these steps work only on Android 10 and up. Learn how to check your Android version.<br><br>• Some of these steps require you to touch the screen.<br><br>**Go to Home screen**<br><br>• **Gesture navigation:** Swipe up from the bottom of the screen.<br><br>**Find all open apps**<br><br>• **Gesture navigation:** Swipe up from the bottom, hold, then let go.<br><br>**Select or move items**<br><br>**Tap to select**<br>To select or start something on your phone, tap it.<br><br>**Touch and hold**<br>Touch and hold an item on the screen. After the item responds, lift your finger.<br><br>**Drag**<br>Touch and hold an item. Without lifting your finger, move your finger on the screen. When your finger is in the right place, lift it. For example, you can move apps around your Home screen by dragging them.<br><br>**Change the size and direction of items**<br>**Pinch & spread to change size**<br>In some apps, put 2 or more fingers on the screen to change the size. To shrink, pinch your fingers together. To enlarge, spread them apart.<br><br>*See, e.g.*, *Get around on your Android phone*, Android Help, https://support.google.com/android/answer/9079644 (last visited Mar. 12, 2024); *see also, e.g.*, *Track touch and pointer movements*, Android Developers (Mar. 13, 2024), https://developer.android.com/ develop/ui/views/touch-and-input/gestures/movement ("Because finger-based touch isn't always the most precise form of interaction, detecting touch events is often based more on movement than on |

| Claims | Identification |
|---|---|
|  | simple contact. To help apps distinguish between movement-based gestures (such as a swipe) and non-movement gestures (such as a single tap), Android includes the notion of touch slop. Touch slop refers to the distance in pixels a user's touch can wander before the gesture is interpreted as a movement-based gesture."). |

| Claims | Identification | |
|---|---|---|
| | | **Pinch-to-Zoom to Fill the Entire Screen**<br><br>A lot of smartphones these days don't have the same aspect ratio as YouTube videos. You may notice black bars on the sides of the video when you watch in fullscreen. A simple gesture can fix this. |
| | | All you have to do is pinch two fingers out to zoom in on the video.<br><br>It will now fill the entire screen, but keep in mind that this does cut off some of the top and bottom of the video. |

Page 13 of 14

| Claims | Identification |
|---|---|
| | *See, e.g.*, Joe Fedewa, *5 YouTube Gestures You Should Be Using on Android and iPhone*, How-To Geek (Dec. 23, 2021), https://www.howtogeek.com/749519/5-youtube-gestures-you-should-be-using-on-android-and-iphone/.<br>*See also, e.g.*, Rita El Khoury, *YouTube adapts its website to large touchscreens like iPads and Chromebooks*, Android Police (Apr. 9, 2020), https://www.androidpolice.com/2020/04/09/youtube-adapts-its-website-to-large-touchscreens-like-ipads-and-chromebooks/ (noting "gestures to switch to fullscreen (swipe up) or the miniplayer (swipe down)."). |