**Exhibit 09: U.S. Patent No. 9,292,066**

| Claims | Identification |
|---|---|
| 1[pre] A method for an upstream device to configure a plurality of lines in a cable, the method comprising: | To the extent the preamble is limiting, ASUS-branded devices perform a method for an upstream device to configure a plurality of lines in a cable.<br><br> |

| Claims | Identification |
|---|---|
|  |  |

| Claims | Identification |
|---|---|
|  | https://www.asus.com/us/accessories/docks-dongles-and-cable/asus-docks-dongles-and-cable/asus-dual-4k-usb-c-dock; https://shop.asus.com/us/90xb07f0-bds000-asus-dual-4k-usb-c-dock.html. |

| Claims | Identification |
|---|---|
|  |  |

| Claims | Identification |
|---|---|
|  | **◤ BATTERY**<br><br>**Lasts longer, charges faster**<br><br>Vivobook 13 Slate OLED is perfect for those movie-watching marathons! Its 50 Wh battery keeps you going to the credits and beyond, with over 10 hours of battery life on a single charge, so your viewing will be interruption-free. But if you do need a quick boost, it can reach 60% charge in just 39 minutes via the fast-charging USB-C® port. With USB-C® Easy Charge, you can even charge your laptop from a wide range of 5-20V USB-C® chargers including airline chargers or power banks!<br><br>**50 Wh** battery capacity<br><br>Up to **10 hours** battery life[15]<br><br>Fast charging **60% in 39 mins** with USB-C®[16]<br><br>Support **Power bank** charging[17]<br><br>microSD card reader    USB-C® 3.2 Gen 2    audio jack<br><br>https://www.asus.com/us/laptops/for-home/vivobook/asus-vivobook-13-slate-oled-t3304. |



| Claims | Identification |
|---|---|
| | ## Connectivity<br>## USB-C for ultimate flexibility<br>Two fully functional reversible USB-C™ (Type-C™) ports make it easy to charge ASUS Chromebook C223 or connect it to devices and external displays. USB-C provides superfast data-transfer speeds — making it possible to transfer a 2GB movie to a USB drive in under 2 seconds![4] For maximum convenience and compatibility, the ASUS Chromebook C223 also features standard USB 3.1 ports and a microSD slot to add more storage.<br><br>https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-c223; https://www.asus.com/us/accessories/adapters-and-chargers/asus-adapters-and-chargers/asus-ac65-00-65w-usb-type-c-adapter. |
| 1[a] the upstream device placing a first voltage on a first one of the lines, the first one of the lines traditionally specified to supply power; | ASUS-branded devices implementing the USB Type-C specification include the upstream device placing a first voltage on a first one of the lines, the first one of the lines traditionally specified to supply power, for example by applying a first voltage on the VBUS pin:<br><br>**4.2.4   Power and Ground Pins**<br><br>V<sub>BUS</sub>   These pins are for USB cable bus power as defined by the USB specifications. V<sub>BUS</sub> is only present when a Source-to-Sink connection across the CC channel is present – see Section 4.5.1.2.1. Refer to Section 4.4.2 for the functional requirements for V<sub>BUS</sub>.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 139. |

| Claims | Identification |
|---|---|
|  | **4.4.2 V**BUS<br><br>The allowable default range for VBUS as measured at the Source receptacle *shall* be as defined by the *USB 2.0* and *USB 3.2* specifications. For *USB4*, the *USB 3.2* specification is used for this requirement. NOTE that due to higher currents allowed, legacy devices *may* experience a higher voltage (up to 5.5V maximum) at light loads.<br><br>The Source's USB Type-C receptacle VBUS pin *shall* remain unpowered and *shall* limit the capacitance between VBUS and GND as specified in Table 4-2 until a Sink is attached. The VBUS pin *shall* return to the unpowered state when the Sink is detached. See Table 4-32 for VBUS timing values. Legacy hosts/chargers<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 141. |
| 1[b] the upstream device grounding a second one of the lines, the second one of the lines traditionally specified to be a ground line; | ASUS-branded devices implementing the USB Type-C specification include the upstream device grounding a second one of the lines, the second one of the lines traditionally specified to be a ground line for example by utilizing a ground pin:<br><br>**4.2.4  Power and Ground Pins**<br><br>VBUS — These pins are for USB cable bus power as defined by the USB specifications. VBUS is only present when a Source-to-Sink connection across the CC channel is present – see Section 4.5.1.2.1. Refer to Section 4.4.2 for the functional requirements for VBUS.<br><br>VCONN — VCONN is applied to the unused CC pin to supply power to the local plug. Refer to Section 4.4.3 for the functional requirements for VCONN.<br><br>GND — Return current path.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 139. |
| 1[c] the upstream device receiving a request from a downstream device for a second voltage, the second voltage for supplying power, on a third one of the | ASUS-branded devices implementing the USB Type-C specification include the upstream device receiving a request from a downstream device for a second voltage, the second voltage for supplying power, on a third one of the lines, the third one of the lines traditionally specified to convey data, for example, because the USB Type-C specification supports requests for additional power (a second voltage) via the VCONN pin. Specifically, the upstream device (source) receives a request from the downstream devices (sink) via the following flow: |

| Claims | Identification |
|---|---|
| lines, the third one of the lines traditionally specified to convey data; | <br>Figure 1: Basic Power Negotiation<br><br>https://acroname.com/blog/basics-usb-power-delivery-negotiations<br><br>6.4.2.1    Object Position<br><br>The value in the Object Position field *Shall* indicate which object in the *Source_Capabilities* Message or *EPR_Source_Capabilities* Message the RDO refers to.  The value 0001b always indicates the 5V Fixed Supply PDO as it is the first object following the *Source_Capabilities* Message or *EPR_Source_Capabilities* Message Header.  The number 0010b refers to the next PDO and so forth.<br><br>The value in Object positions 0001b-0111b *Shall* only be used to refer to SPR PDOs.  SPR PDOs *May* be requested by either a *Request* or an *EPR_Request* Message.  Object positions 1000b-1101b *Shall* only be used to refer to EPR PDOs.  EPR PDOs *Shall* only be requested by an *EPR_Request* Message.  If the Object Position field in a *Request* message contains a value greater than 0111b, the Source *Shall* send *Hard Reset* Signaling.<br><br>USB_PD_R3_1 V1.7 2023-01 |

| Claims | Identification |
|---|---|
| | **Figure 2-1 USB Type-C Receptacle Interface (Front View)** |
| | |
| | | A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
| | |---|---|---|---|---|---|---|---|---|---|---|---|
| | | GND | TX1+ | TX1− | V$_{BUS}$ | CC1 | D+ | D− | SBU1 | V$_{BUS}$ | RX2− | RX2+ | GND |
| | | GND | RX1+ | RX1− | V$_{BUS}$ | SBU2 | D− | D+ | CC2 | V$_{BUS}$ | TX2− | TX2+ | GND |
| | | B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |
| | |
| | Figure 2-2 illustrates the comprehensive functional signal plan for the USB Type-C plug. Only one CC pin is connected through the cable to establish signal orientation and the other CC pin is repurposed as V$_{CONN}$ for |
| | |
| | Copyright © 2023 USB 3.0 Promoter Group. All rights reserved. |
| | |
| | |
| | |
| | powering electronics in the USB Type-C plug. Also, only one set of **USB 2.0** D+/D− wires are implemented in a USB Type-C cable. For USB Type-C cables that only intend to support **USB 2.0** functionality, the TX/RX and SBU signals are not implemented. For the USB Type-C Power-Only plug (intended only for USB Type-C Sink applications), only nine contacts are implemented to support CC, V$_{BUS}$, and GND. |
| | Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 34-35; Release 2.0 at 30-31. |
| | |
| | **2.3.5 USB PD Communications** |
| | USB Power Delivery is a feature on products (hosts, hubs, and devices). **USB PD** communications is used to: |
| | • establish power contracts that allow voltage and current beyond existing USB data bus specifications, |
| | • change the port sourcing V$_{BUS}$, |
| | • change the port sourcing V$_{CONN}$, |
| | • swap DFP and UFP roles, and |
| | • communicate with cables. |
| | The **USB PD** Bi-phase Mark Coded (BMC) communications are carried on the CC wire of the USB Type-C cable. |
| | |
| | Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 38; Release 2.0 at 35. |

| Claims | Identification |
|---|---|
| | **2.5 VCONN**<br><br>Once the connection between host and device is established, <u>the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in</u> the plug needed to implement Electronically Marked Cables (see Section 4.9), <u>*VCONN-Powered Accessories*</u> and <u>*VCONN-Powered USB Devices*</u>.  Initially, the source supplies VCONN and the source of VCONN *may* be swapped using **USB PD VCONN_Swap**.<br><br>Once VCONN is available, all electronically marked cables use it as the only power source.  If VCONN is applied after VBUS, then until VCONN is available, the cable *may* remain unpowered or *may* draw power from VBUS.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 39; Release 2.0 at 36.<br><br>**USB Type-C® – Functional Model**<br><br>- USB 3.2 / *USB4™* data bus<br>  - Two sets of TX/RX pin pairs, supports x1 and x2 operation<br>- USB 2.0 data bus<br>  - Two pin sets on host, one set on device – strapped together within the host and device<br>- Two power buses<br>  - VBUS and <u>VCONN</u><br>- Two sideband pins (SBU1/SBU2)<br>  - *SBTX / SBRX for USB4*<br>- CC – Configuration Channel<br>  - <u>Two CC pins in connector</u><br>  - <u>One CC wire in cable</u><br><br>9          USB Implementers Forum © 2019<br><br>https://www.usb.org/sites/default/files/D1T1-2%20-%20USB%20Type-C%20System%20Overview.pdf<br><br>When delivering power via the VCONN pin, the voltage is supplied via either the CC1 or CC2 pin, which is traditionally used to convey data via the control channel. |
| 1[d] the upstream device placing on the third one of the | ASUS-branded devices implementing the USB Type-C specification include the upstream device placing on the third one of the lines the second voltage for supplying power, for example, by the VCONN sending additional power (a second voltage). |

| Claims | Identification |
|---|---|
| lines the second voltage for supplying power. | **2.3.5  USB PD Communications**<br><br>**USB Power Delivery** is a feature on products (hosts, hubs, and devices).  **USB PD** communications is used to:<br><br>• establish power contracts that allow voltage and current beyond existing USB data bus specifications,<br>• change the port sourcing $V_{BUS}$,<br>• change the port sourcing $V_{CONN}$,<br>• swap DFP and UFP roles, and<br>• communicate with cables.<br><br>The **USB PD** Bi-phase Mark Coded (BMC) communications are carried on the CC wire of the USB Type-C cable.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 38; Release 2.0 at 35.<br><br>$V_{CONN}$    $V_{CONN}$ is applied to the unused CC pin to supply power to the local plug.  Refer to Section 4.4.3 for the functional requirements for $V_{CONN}$.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 139. |